**POTTER COUNTY**
**Caroline Woodburn**
**DISTRICT CLERK**

**P.O. Box 9570**                                           **(806) 379—2300**
**Amarillo, Texas  79105-9570**               **Fax: (806) 372—5061**
**501 S. Fillmore – Suite 1B**         **districtclerk@co.potter.tx.us**

=======================================================================

CRIMINAL

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS

6/22/2015 2:22:22 PM

VIVIAN LONG
CLERK

JUNE 19, 2015

NOTICE OF RECEIPT OF MANDATE

COURT OF APPEALS NUMBER:   07-14-00255-CR
TRIAL COURT CAUSE NUMBER:   C-051353-00-E

THE STATE OF TEXAS
       VS
CISELY WYVETTE MOORE


PURSUANT TO THE RULES OF APPELLATE PROCEDURE, NOTICE IS HEREBY GIVEN
THAT THE MANDATE OF THE COURT OF APPEALS FOR THE 7TH DISTRICT OF TEXAS
IN THE ABOVE STYLED AND NUMBERED CAUSE HAS BEEN RECEIVED AND IS FILED
AMONG THE PAPERS OF THE CAUSE.

                    CAROLINE WOODBURN, DISTRICT CLERK
                         POTTER COUNTY, TEXAS


NOTMAN

**POTTER COUNTY**
**Caroline Woodburn**
**DISTRICT CLERK**

**P.O. Box 9570**                                                        **(806) 379-2300**
**Amarillo, Texas  79105-9570**                          **Fax: (806) 372-5061**
**501 S. Fillmore – Suite 1B**              **districtclerk@co.potter.tx.us**
====================================================================

CRIMINAL

JUNE 19, 2015

NOTICE OF RECEIPT OF MANDATE

COURT OF APPEALS NUMBER:    07-14-00255-CR
TRIAL COURT CAUSE NUMBER:   C-051353-00-E

THE STATE OF TEXAS
        VS
CISELY WYVETTE MOORE


PURSUANT TO THE RULES OF APPELLATE PROCEDURE, NOTICE IS HEREBY GIVEN
THAT THE MANDATE OF THE COURT OF APPEALS FOR THE 7TH DISTRICT OF TEXAS
IN THE ABOVE STYLED AND NUMBERED CAUSE HAS BEEN RECEIVED AND IS FILED
AMONG THE PAPERS OF THE CAUSE.

                    CAROLINE WOODBURN, DISTRICT CLERK
                        POTTER COUNTY, TEXAS


NOTMAN